IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RUEBEN OLVEDA, on his own behalf and
as Next Friend of M.O., a child, et al.,

    Plaintiffs,

v.                                                         No. 1:20-cv-029 KRS/JHR

CIBOLA COUNTY BOARD
OF COMMISSIONERS, et al.,

    Defendants.

## ORDER SETTING TRIAL SCHEDULING CONFERENCE

**THIS MATTER** comes before the Court *sua sponte*. Having reviewed the record, the Court will set a telephonic conference for **October 13, 2020 at 10:00 a.m**. to determine the scheduling and location of the trial and other significant pre-trial hearings. The parties shall call **(888) 398-2342** and enter access code **8193818** to connect to the proceedings.

    **IT IS SO ORDERED.**

                                                 _____
                                                 KEVIN R. SWEAZEA
                                                 UNITED STATES MAGISTRATE JUDGE