IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RUEBEN OLVEDA, on his own behalf**
**and as Next Friend of M.O., a child; et al.,**

      **Plaintiffs,**

                                            **CV 20-0029 KRS/JHR**

**v.**

**CIBOLA COUNTY BOARD OF COMMISSIONERS,**
**SHERIFF TONY MACE and UNDERSHERIFF**
**MICHAEL MUNK,**

      **Defendants.**

**ORDER GRANTING UNOPPOSED MOTION TO SEAL DOCS. 47 AND 47-3**

THIS MATTER is before the Court on Plaintiffs' Unopposed Motion to Seal Docs. 47 and 47-3 [Doc. 51].

The Court, having considered the Motion, and being otherwise fully advised, finds that Plaintiffs have shown a significant interest that outweighs the presumption of public access to these records.

IT IS THEREFORE ORDERED that the Clerk of this District is directed to seal Docs. 47 and 47-3.

SO ORDERED.

_____
HONORABLE JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE

Submitted by:

**KENNEDY KENNEDY & IVES, PC**


*/s/ Adam C. Flores*
Adam C. Flores
Joseph P. Kennedy
Shannon L. Kennedy
1000 2nd Street NW
Albuquerque, New Mexico 87102
505-244-1400 / Fax (505) 244-1406
acf@civilrightslaw.com
jpk@civilrightslaw.com
slk@civilrightslaw.com

*Attorneys for Plaintiffs*


Approved by:

**LAW OFFICE OF JONLYN M. MARTINEZ, LLC**


Approved via electronic mail 10-12-20
Jonlyn M. Martinez
P.O. Box 1805
Albuquerque, NM 87103-1805
(505) 247-9488
jonlyn@jmartinezlaw.net

*Attorney for Defendants*

2