IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RUEBEN OLVEDA, et al.**

      **Plaintiff,**

v.                                                   **Civ. Case No. 20-29 KRS/JHR**

**CIBOLA COUNTY BOARD OF
COMMISSIONERS,
SHERIFF TONY MACE and UNDERSHERIFF
MICHAEL MUNK,**

      **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Joint Motion of the parties to dismiss with prejudice Plaintiffs' Complaint, including all claims that were or could have been brought against the Defendant Cibola County Board of Commissioners in this matter, [Document No. 81], the Court being advised that Plaintiffs and Defendant Cibola County Board of Commissioners have compromised, resolved and settled their disputes without the admission of liability, and the Court being otherwise fully advised in the premises:

THE COURT HEREBY FINDS AND ORDERS that the Plaintiffs' Complaint against Defendant Cibola County Board of Commissioners, including all claims that were or could have been included therein against the Defendant in this matter, shall be and hereby are dismissed with prejudice with each party to bear their own costs and attorneys' fees.

_____
**THE HONORABLE KEVIN R. SWEAZEA**
United States Magistrate Judge

APPROVED BY:

KENNEDY, KENNEDY & IVES

*/s/ Approved March 24, 2021*
ADAM C. FLORES
Attorneys for Plaintiff


LAW OFFICE OF JONLYN M. MARTINEZ, LLC

 */s/ Jonlyn M. Martinez*
JONLYN M. MARTINEZ
Attorney for County Defendants